```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 19612
   GREGORY T CLIFTON
   DEBRA A CLIFTON                           CHAPTER 13

                                             JUDGE: JACQUELINE P COX
          Debtor
   SSN XXX-XX-4784     SSN XXX-XX-2860

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/23/2007 and was confirmed 01/14/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.50%.

     The case was converted to chapter 7 after confirmation 02/25/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------
AMERICAS SERVICING COMPA NOTICE ONLY    NOT FILED          .00           .00
WELLS FARGO FINANCIAL IL UNSECURED       1043.92           .00         20.44
AMERICAS SERVICING COMPA CURRENT MORTG       .00           .00           .00
AMERICAS SERVICING COMPA MORTGAGE ARRE       .00           .00           .00
CAPITAL ONE              UNSECURED        868.38           .00         17.01
CAPITAL ONE              UNSECURED        814.48           .00         15.95
PEOPLES GAS LIGHT & COKE UNSECURED       1239.13           .00         24.27
CHRYSLER FINANCIAL SVC A SECURED VEHIC       .00           .00           .00
CHRYSLER FINANCIAL SVC A UNSECURED           .00           .00           .00
MONTEREY FINANCIAL       SECURED         1300.00           .00        752.18
MONTEREY FINANCIAL       UNSECURED      NOT FILED          .00           .00
SELECT PORTFOLIO SERVICI MORTGAGE ARRE    740.66           .00        740.66
ROBERT J ADAMS & ASSOC   PRIORITY       NOT FILED          .00           .00
AMERICAN GENERAL FINANCE UNSECURED       4301.47           .00         84.24
CAPITAL ONE SERVICES     UNSECURED      NOT FILED          .00           .00
CREDIT PROTECTION        UNSECURED      NOT FILED          .00           .00
DEPENDON COLLECTION      UNSECURED      NOT FILED          .00           .00
DIVERSIFIED SERVICE      UNSECURED      NOT FILED          .00           .00
ECAST SETTLEMENT CORP    UNSECURED       7255.89           .00        142.10
ECAST SETTLEMENT CORP    UNSECURED        271.06           .00           .00
ROBERT J ADAMS & ASSOC   REIMBURSEMENT    306.33           .00        306.33
IC SYSTEM INC            UNSECURED        138.00           .00           .00
I C COLLECTION SERVICE   UNSECURED      NOT FILED          .00           .00
NATIONWIDE CREDIT CO     UNSECURED      NOT FILED          .00           .00
NICOR GAS                UNSECURED      NOT FILED          .00           .00
JEFFERSON CAPITAL SYSTEM UNSECURED        406.81           .00           .00
THE HOME DEPOT/ CBUSA    UNSECURED      NOT FILED          .00           .00
THE HOME DEPOT/ CBUSA    UNSECURED      NOT FILED          .00           .00
ROUNDUP FUNDING LLC      UNSECURED        318.93           .00           .00
ROUNDUP FUNDING LLC      UNSECURED        547.62           .00           .00
ROUNDUP FUNDING LLC      UNSECURED        890.81           .00         17.45
TRUST REC SV             UNSECURED      NOT FILED          .00           .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 19612 GREGORY T CLIFTON & DEBRA A CLIFTON
```

```
VANRU CREDIT              UNSECURED       NOT FILED           .00            .00
VAN RU CREDIT CORP        UNSECURED       NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        4362.76            .00          85.45
ECAST SETTLEMENT CORP     UNSECURED        1319.92            .00          25.85
SELECT PORTFOLIO SERVICI  CURRENT MORTG        .00            .00            .00
CAPITAL RECOVERY ONE      UNSECURED         199.01            .00            .00
FIRST PREMIERE BANK       UNSECURED       NOT FILED           .00            .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY      2,500.00                      2,500.00
TOM VAUGHN                TRUSTEE                                          409.89
DEBTOR REFUND             REFUND                                              .00
```

       Summary of Receipts and Disbursements:
```
---------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                 5,141.82

PRIORITY                                         306.33
SECURED                                        1,492.84
UNSECURED                                        432.76
ADMINISTRATIVE                                 2,500.00
TRUSTEE COMPENSATION                             409.89
DEBTOR REFUND                                        .00
                       ---------------      ---------------
TOTALS                  5,141.82               5,141.82
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/26/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                         PAGE   2
        CASE NO. 07 B 19612 GREGORY T CLIFTON & DEBRA A CLIFTON